

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-14-00657-CV

Richard **LESHIN**, Successor Trustee of the Davila Family Trust, Trust A,
Appellant

v.

Juan Gerardo **OLIVA**, Rosina Oliva, Individually and as Successor Trustee of the Davila Family
Trusts B, C, and D, and Alma Guadalupe Davila,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CVF-000855-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

The panel has considered the Appellee Juan Gerardo Oliva's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court